# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

CASE NO.: CV-11-3506-R                          DATE: FEBRUARY 23, 2012

TITLE: ETS EXPRESS INC -V- AD-N-ART INC
================================================================
PRESENT:

### HON. MANUEL L. REAL, JUDGE

William Horrell                                   N/A
Deputy Clerk                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANT:

Not present                                Not present


PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF
                    PROSECUTION

THIS MATTER IS SET ON CALENDAR ON MARCH 12, 2012

AT 11:00 A.M. FOR HEARING ON AN ORDER TO SHOW CAUSE RE

DISMISSAL FOR LACK OF PROSECUTION, FOR FAILURE OF

THE PARTIES TO FILE A JOINT REPORT OF EARLY MEETING

OF COUNSEL.  ATTENDANCE AT THE HEARING IS MANDATORY;

 FAILURE TO APPEAR WILL RESULT IN DISMISSAL OF THE

ACTION.


cc: counsel of record


MINUTES FORM II                              Initials of Deputy Clerk __WH__
CIVIL - GEN                    D-M