Marvin H. Kleinberg (Bar No. 24,953)
Email: mkleinberg@kleinberglerner.com
Michael Hurey (Bar No. 139,550)
Email: mhurey@kleinberglerner.com
Philip Nulud (Bar No. 245,147)
**KLEINBERG & LERNER, LLP**
1875 Century Park East, Suite 1150
Los Angeles, California 90067-3112
Phone: (310) 557-1511 • Fax: (310) 557-1540

Attorneys for Plaintiff ETS EXPRESS, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| ETS EXPRESS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>AD-N-ART, INC.,<br><br>　　　　　Defendant | Case No.: 2:11-CV-03506-R-JEM<br><br>CONSENT JUDGMENT |

　　　Plaintiff, E.T.S. Express, Inc. (hereinafter "ETS") having filed its Complaint on April 25, 2011, and Defendant AD-N-ART, Inc. (hereinafter "AD-N-ART"), having answered and counterclaimed, now consent to the entry of this Consent Judgment without trial or further adjudication of any issue of fact or law;

　　　NOW, therefore, it is hereby ORDERED, ADJUDGED AND DECREED:

## I. JURISDICTION

1. This Court has jurisdiction of the subject matter and the parties to this action.

## II. FINDINGS

2. In furtherance of resolving the parties' claims, the parties have entered into a Settlement Agreement and hereby agree to the terms of this Consent Judgment.

3. Plaintiff ETS alleges that it is the owner of United States Design Patent Nos. 627,603 ("the '603 Patent") and 627,604 ("the '604 Patent").

4. AD-N-ART has admitted that the `603 Patent and '604 Patent are infringed.

5. The parties hereto have agreed to a mutually acceptable payment by Defendant AD-N-ART to ETS to settle this matter and thus the Court need not award damages.

## III. TERMINATION OF THE ACTION

6. The complaint herein is and shall be dismissed, with prejudice.

7. Each party shall bear its own costs and attorneys' fees in this action.

## IV. INJUNCTION

8. Pursuant to 35 U.S.C. §283, and reflective of the damage that the infringement has done and/or will do to the sales and marketing of the ETS' products protected by the '603 and '604 patents, it is HEREBY ORDERED that Defendant AD-N-ART,

including any officers, agents, servants, employees, and attorneys of AD-N-ART, and all those persons in active concert or participation with it, is hereby permanently ENJOINED from further selling, offering to sell, using, making or importing its BTC 750 and BTB 900 products, or any other infringing product(s) in violation of the '603 and '604 patents into the United States.

IT IS SO ORDERED and ADJUDGED.

Dated: April 26, 2012

_____
United States District Judge

AGREED TO AND SUBMITTED BY:

Dated: April 25, 2012                    KLEINBERG & LERNER, LLP


_____
Marvin H. Kleinberg
1875 Century Park East, Suite 1150
Los Angeles, CA 90067
Attorney for Plaintiff


LEE, JORGENSEN, PYLE & KEWALRAMANI, PC


_____
H.H. Kewalramani
4790 Irvine Blvd., Suite 105-315
Irvine, CA 92620
Attorney for Defendant